# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JEFFREY RICHARDSON,                                                                    PLAINTIFF

v.                          CASE NO. 3:24-CV-00058-JM

BNSF RAILWAY COMPANY,                                         DEFENDANT,

and

WASHINGTON PENN PLASTIC CO. INC.,                      DEFENDANT.

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER AS TO EXPERT DISCLOSURES

Pending before the Court is the parties' *Corrected* Joint Motion to Extend Scheduling Order as to expert disclosures. (ECF No. 25). For good cause shown, this Motion is granted. The Final Scheduling Order in this matter is hereby amended as follows:

- Case-in-chief expert disclosures, including reports, must be made by **March 24, 2025**;
- Rebuttal expert disclosures, including reports, must be made by **April 23, 2025**.

IT IS SO ORDERED this 3rd day of February, 2025.

                                                                  James M. Moody Jr.
                                                                  United States District Judge